IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOHI KIDS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HEATHMAN ENTERPRISES LLC, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-05474-MMC<br><br>**ORDER OF DISMISSAL** |

The parties having resolved the above-titled action at a settlement conference conducted by Magistrate Judge Sallie Kim (see Doc. No. 38),

IT IS HEREBY ORDERED that plaintiff's claims alleged against defendants and defendants' counterclaims alleged against plaintiff be dismissed without prejudice; provided, however, that if any party shall certify to this Court, within ninety days, that the agreed-upon consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar for further proceedings as appropriate.[1]

**IT IS SO ORDERED.**

Dated: June 23, 2023

MAXINE M. CHESNEY
United States District Judge

---

[1] Nothing herein is intended to preclude the subsequent filing of a dismissal with prejudice.